## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER HARP, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MERRICK GARLAND, United States )<br>Attorney General, U.S. DEPARTMENT )<br>OF JUSTICE, )<br>)<br>Defendant. ) | Case No. CIV-19-1138-G |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), the Plaintiff, Amber Harp, and Defendant, Merrick Garland, United States Attorney General, U.S. Department of Justice, hereby stipulate to the dismissal with prejudice of all claims in the above mentioned case. Each party to bear their own costs and fees.

**RESPECTFULLY SUBMITTED THIS 12th DAY OF MARCH 2024.**

| | |
|---|---|
| s/ Amber L. Hurst<br>Mark E. Hammons, OBA No. 3784<br>Amber L. Hurst OBA No. 21231<br>HAMMONS, HURST & ASSOCIATES<br>325 Dean A. McGee Avenue<br>Oklahoma City, Oklahoma 73102<br>Telephone: (405) 235-6100<br>Email: amber@hammonslaw.com<br>*Counsel for Plaintiff* | s/Emily B. Fagan<br>Emily B. Fagan, OBA #22427<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>Western District of Oklahoma<br>210 Park Ave., Suite 400<br>Oklahoma City, OK 73102<br>(405) 553-8700 (Telephone)<br>(405) 553-8885 (Facsimile)<br>Emily.Fagan@usdoj.gov<br>*Attorney for Defendant* |